Approved.  The Case Management
Conference set for 4/6/2012 is cancelled.
s/ Benita Y. Pearson on 4/5/2012
U.S. District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION (YOUNGSTOWN)**

| | |
|---|---|
| **KEITH RICOSKY**<br><br>Plaintiff<br><br>vs.<br><br>**H & P CAPITAL, INC.**<br><br>Defendant | CASE NO.:  4:11-CV-02643-BYP<br><br><br>THE HONORABLE<br>UNITED STATES DISTRICT JUDGE<br>BENITA Y. PEARSON<br><br><br>THE HONORABLE<br>UNITED STATES MAGISTRATE JUDGE<br>KATHLEEN B. BURKE |

<u>**SUPERSEDING AGREED ORDER OF DISMISSAL**</u>

This Agreed Order of Dismissal supersedes the Court's non-document Order of March 22, 2012.

The Plaintiff, Keith Ricosky, and the Defendant, H & P Capital, Inc., have reached a settlement of their dispute in the within action.

Based upon the representation of counsel for Plaintiff and Defendant that their dispute is settled, the within action shall be dismissed with prejudice, and the docket shall be marked "settled and dismissed with prejudice."

Each party shall bear its own costs.

This Court shall retain jurisdiction in the within action for purposes of enforcing the settlement agreement for a period of ninety (90) days from April 15, 2012.

This case is closed.

**IT IS SO ORDERED.**

_____          _____

Date                                                                    **THE HONORABLE BENITA Y. PEARSON**
                                                                             **UNITED STATES DISTRICT JUDGE**

Agreed to and respectfully submitted by:

**LUXENBURG & LEVIN, LLC**                 **GINGO PALUMBO LAW GROUP LLC**

*/s/ David B. Levin*                                      */s/ Michael J. Palumbo*
_____          _____

David B. Levin (0059340)                           Michael J. Palumbo (0081718)
Mitchel E. Luxenburg (0071239)                Anthony J. Gingo (0085669)
23875 Commerce Park, Suite 105             Park Center Plaza I
Beachwood, Ohio 44122                          6100 Oak Tree Boulevard, Suite 200
Telephone: (888) 493-0770 ext. 302        Independence, Ohio 44131-6914
Facsimile: (866) 551-7791                        Telephone: (216) 643-2960
E-Mail: david@luxenburglevin.com         Facsimile: (216) 643-2901
*Counsel for Keith Ricosky*                         E-Mails: michael@gplawllc.com
                                                                            anthony@gplawllc.com
                                                                   *Counsel for H & P Capital, Inc.*